In the Matter of the Claim of JOHN COLLIER, Respondent, against WILLIAM S. DANGARD et al., Appellants.

THE STATE INDUSTRIAL BOARD, Respondent.

(Argued March 24, 1931; decided April 7, 1931.)

Prepared by State Reporter from Appeal Papers

*Clarence B. Tippett* and *John V. McCarthy* for appellants.

*John J. Bennett, Jr., Attorney-General (E. C. Aiken* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.